IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
FEB 2 2 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

v.

17-CR-40-V

LAWRENCE RUSSELL,
(ICN#42588)

                    Defendant.

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the Acting United States Attorney for the Western District of New York respectfully states:

The defendant, **LAWRENCE RUSSELL**, was involved in a crime against the United States, violations of Title 21, United States Code, Sections 841(a)(1), 846, and 856(a)(1). He is incarcerated at the Erie County Holding Center, at Buffalo, New York. His presence is required in the United States District Court at Buffalo, New York, for arraignment.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York commanding agents of the Federal Bureau of Investigation to take said defendant into custody and bring him before the United States District Court, City of Buffalo, New

York, on **February 24, 2017,** at **1:30 p.m.,** and, thereafter, said defendant is to be returned to

his place of confinement

DATED:   Buffalo, New York, February 22, 2017.


                                    JAMES P. KENNEDY, JR.
                                    Acting United States Attorney

                    BY:

                                    WEI XIANG
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York   14202
                                    716/843-5806
                                    Wei.Xiang@usdoj.gov


IT IS SO ORDERED:


HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

DATED:   February 22, 2017.