AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Lawrence Russell | ) Case No. 1:17CR00040 | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lawrence Russell
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Bail Violation

*[Stamp: RECEIVED 2017 SEP 22 PM 12:35 U.S. MARSHALS SERVICE WESTERN NEW YORK]*

*[Stamp: UNITED STATES DISTRICT COURT FILED OCT 1 2 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]*

Date: 9/22/17

City and state: Buffalo, New York

*Issuing officer's signature*

JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* 9-22-2017, and the person was arrested on *(date)* 9-22-2017
at *(city and state)* Buffalo, NY

Date: 9-22-2017

*Arresting officer's signature*

Kenneigh Connors Deputy US Marshal
*Printed name and title*

✓