CLERK OF THE DISTRICT COURT
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202



LAWRENCE M. RUSSELL JR          USM NUMBER: 27413-055
CASE NUMBER - 1:17CR00040-002
              1:18CR00105-001

HELLO,
   MY NAME IS LAWRENCE M. RUSSELL JR #27413-055. I WAITING TODAY TO ASK IF I CAN HAVE COPIES OF MY FULL CASE FILE FROM BOTH CASE'S. CASE # 1:17CR00040-002 & CASE # 1:18CR00105-001. IN WHICH I WAS SENTENCED IN FEBUARY OF 2019, THE 8TH.
   ALSO AT MY SENTENCING I WAS ORDER TO PAY $200 IN A SPECIAL ASSESSMENT FEE. I WAS ALSO ORDER TO PAY $575 IN RESTITUTION. IN WHICH I UNDERSTAND, BUT AT MY SENTENCING IT WAS STATED FOR THE RECORD THAT PAYMENTS ON THE RESTITUTION WOULD START ONCE ON PROBATION. I HAVE TRIED TO EXPLAIN THAT TO THE COUNSELOR HERE, BUT THEY ARE DEMANDING PAYMENT'S START NOW. SO I WAS TOLD I NEED SOMETHING IN WRITING FROM THE COURTS STATING THAT I START PAYMENT ONCE ON FEDERAL PROBATION. IF SOMEONE COULD PLEASE HELP ME WITH THESE MATTERS I WOULD APPERCIATE IT.

                              THANK YOU,
                              LAWRENCE M. RUSSELL JR

Name: Lawrence M. Russell #27413-055
Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

Clerk Of The District Court
2 Niagara Square
Buffalo, New York 14202

