Date: 9-10-19
Clerk Of U.S. District Court
U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202-3350



RE: Russell v United States
    Case Nos. 18-CR-40-V
              17-CR-105-V

## EMERGENCY NOTICE OF INQUIRY

Dear Clerk,

On August 20, 2019. I mailed to you my "28 U.S.C. §2255-Application." And the "Memorandum Of Law." I have not received any documentation in regards to said motion. Please notify me as soon as possible, as to the status of the above mentioned. Your time and consideration are both very much appreciated.

Respectfully Submitted

Lawrence Russell
#27413-055/LC-90U
Federal Correctional Inst.
Butner-Medium II
Post Office Box 1500
Butner, North Carolina 27509-1500.

"THIS APPLILATION WAS MAILED OUT AS CERTIFIED MAIL. I HAD MY FAMILY TRACK IT, TO FIND THAT IT WAS DELIVERED 8-23-19. TO THE U.S. COURTHOUSE, CLERK OF U.S. DISTRICT COURTS OFFICE.

Case 1:17-cr-00040-LJV-JJM   Document 133   Filed 09/16/19   Page 2 of 4

Date:_____
Clerk Of U.S District Court
US Courthouse
2 Niagara Square
Buffalo, New York 14202-3350


RE: Russell v United States
    Case Nos. 18-CR-40-V
              17-CR-105-V

## NOTICE TO THE CLERK OF THE DISTRICT COURT

Dear Clerk,

      Enclosed please find my "28 U.S.C. §2255-motion." Will you notify me once you have received this documentation. Your time and consideration are both very much appreciated.

Respectfully Submitted

_____
Lawrence Russèll
#27413-055/LC-90U
Federal Correctional Inst.
Butner-Medium II
Post Office Box 1500
Butner, North Carolina 27509-1500.

8/20/19

Name: Lawrence Russell #27413-055
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

USDC-WDNY
SEP 16 2019
BUFFALO

RALEIGH NC 275
Research Triangle Region
11 SEP 2019 PM 3 L

19-cr-40
17-cr-105

Clerk Of U.S. District Court
U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202-3350

14202-335050

17-cr-40
16-cr-105