IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

LAWRENCE RUSSELL,

                Petitioner,                          19-CV-1127-V
                                                  18-CR-105-V

        v.                                      17-CR-40-V

UNITED STATES OF AMERICA,

                Defendant.

---

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on October 18, 2019, I mailed a copy of the **GOVERNMENT'S MOTION TO COMPEL** that was electronically filed on October 11, 2019, to the following participant:

> Lawrence Russell
> Butner Medium
> 27413-055 Federal Correctional Institution
> Inmate Mail/Parcels
> P.O. BOX 1500
> Butner, NC 27509

                                                s/LISA M. QUEST