

1-7-2020

TO: HONRABLE JUDGE LAWRENCE J. VILARDO
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

DEAR, JUDGE LAWRENCE J. VILARDO

MY NAME IS LAWRENCE M. RUSSELL JR #27413-055, CASE# - 17-CR-40 AND 18-CR-105. I FILED A 2255 MOTION WITH YOUR COURT BACK IN AUGUST OF 2019 (DOCKET ITEM 132).
  IN WHICH YOU ORDERED IN ACCORDANCE WITH RULES 4 AND 5 OF THE RULES GOVERNING §2254 CASES IN THE UNITED STATES DISTRICT COURTS, THAT THE RESPONDENT SHALL FILE AND SERVE AN ANSWER TO THE PETITION NO LATER THEN NOVEBER 1, 2019.
  THEN IN OCTOBER I RECEIVED A COPY OF THE GOVERMENT'S MOTION TO COMPEL THAT WAS ELECTRONICALLY FILED ON OCTOBER 11, 2019 UNDER DOCKET NUMBERS 19-CV-1127-V, 18-CR-105-V, AND 17-CR-40-V. ON PAGE 6 OF 7 #8 WHERE THE GOVERMENT SEEKS AN EXTENSION OF 60 DAYS FROM THE NOVEMBER 1, 2019 DEADLINE.
  AS OF TODAY IT HAS BEEN 68 DAY'S, IN WHICH I HAVE ADDED IN HOLIDAY TIME. BY THE TIME YOU RECEIVE THIS LETTER IT WILL BE WELL PAST 70 DAY'S. AT THIS TIME BUTNER MEDIUM 2 INSTITUTION WHERE I'M LOCATED HAS BEEN ON LOCKDOWN SENSE JANUARY 4, 2020. SO I'M UNABLE TO GET TO THE LAW LIBRARY TO TYPE UP AND FILE THE PROPER MOTION AT THIS TIME. SO I'M WRITING TODAY TO LET YOU AND YOUR COURT KNOW, THAT I KNOW THAT THE GOVERMENT IS LATE IN -

RESPONDING AS ORDERED. I DON'T KNOW WHEN WE'LL BE COMING OFF LOCKDOWN BUT, WHEN WE DO I'LL BE WRITING YOU AGAIN SOON.

                THANK YOU, VERY MUCH
                      SINCERELY,
            LAWRENCE M. RUSSELL JR
                        #27413-055

I ALSO ASK THAT A COPY OF THIS CORRESPONDENCE BE FORWARDED TO THE UNITED STATES ATTORNEY.

                THANK YOU.

Name: LAWRENCE M. RUSSELL JR 27413-055
Federal Medical Center    Number:
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
08 JAN 2020 PM 4 L

USDC - WDNY
JAN 13 2020
BUFFALO

17-CR-40

ATT: HONRABLE JUDGE LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE
UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NY 14202 - 3350

14202-335099