Date: 1/24/2020
Clerk Of The District Court
2 Niagara Square
Buffalo, New York 14202.

RE: Russell v United States Of America
Case Nos. **19-CV-1127-V**
**18-CR-105-V**
**17-CR-40-V**

### EMERGENCY NOTICE TO THE DISTRICT COURT

To The DISTRICT COURT
HONORABLE: **Lawrence J. Vilardo.**

On October 11, 2019. The Government, moved this court for an "extention of time" since that period has passed, the Government is now in **"Default"** Petitioner, does not want to file a ,**"Petition For Writ Of Mandamus."** To the **Second Circuit Court Of Appeals** but if necessary Petitioner, must act in accordance with the law as it is written. This notice is presented in good faith, hoping that the United States will now take the appropriate action in this case, and provide a competent reply to the currently pending §2255-motion.

Respectfully Submitted

Lawrence Russell
#27413-055/LC-90U
Federal Correctional Inst.
Butner-Medium II
Post Office Box 1500
Butner, NC 27509.

Mr. Lawrence Russell #27413-055

Name:    Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

18-cr-105
17-cr-40

JAN 31 2020

Clerk Of The U.S. District
2 Niagara Square
Buffalo, New York 14202.

14202-335099