**FEDERAL PUBLIC DEFENDER'S OFFICE**
**WESTERN DISTRICT OF NEW YORK**

MARIANNE MARIANO
**FEDERAL PUBLIC DEFENDER**
marianne_mariano@fd.org

STEVEN G. SLAWINSKI
**ASSISTANT FEDERAL PUBLIC DEFENDER**
steven_slawinski@fd.org

28 E. MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 300
BUFFALO, NY 14202

716-551-3341
716-551-3346 -FAX

REPLY TO: ROCHESTER

July 29, 2020

Hon. Lawrence J. Vilardo
U.S. District Court Judge
United States Courthouse
2 Niagara Square
Buffalo, NY 14203

*Re: United States v. Lawrence Russell, 17 CR 40; 18 CR 105*

Dear Judge Vilardo:

  On July 20, 2020, the Court received a letter from Lawrence Russell's girlfriend, Tamala Daniel, requesting that Mr. Russell be considered for compassionate release. The federal defender's office was then asked if it would be filing any formal submissions in relation to this request. I was assigned by my office to review Mr. Russell's original compassionate release request.

  After reviewing medical and court documents and after speaking with Ms. Daniel and Mr. Russell, I will not be filing a formal, supplemental motion in his case. Please let me know if you have any questions or concerns.

Sincerely,

Steven G. Slawinski
Assistant Federal Public Defender