

Lawrence M. Russell Jr 27413-055
FCI Butner Medium II
P.O. Box 1500
Butner, NC 27509-1500


Mary C. Loewenguth - Clerk of Court
United States Courthouse
2 Niagara Square
Buffalo New York 14202


February 7, 2021
Case Number: 17-cr-40 and 18-cr-105

    I writing today just to receive a status update on my 2255 (reply to the government) motion to vacate, set aside or correct the sentence.
    That was filed with the courts on November 3, 2020.

           Thank you,
           Lawrence M. Russell Jr 27413-055

LAWRENCE M. RUSSELL    27913-055

Name:                    Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

18-CR-105

RALEIGH NC 275
Research Triangle Region
06 FEB 2021 PM 4 L

UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

14202-335099